DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS L. KENYON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2155

[March 1, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562016CF000347A.

Travis L. Kenyon, Sneads, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and James J. Carney, Senior Assistant Public Defender, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***